[No. 10,504.—In Bank.]

## EX PARTE HO QUAN.

HABEAS CORPUS—POLICE JUDGE OF THE CITY AND COUNTY OF SAN FRANCISCO.

APPLICATION for discharge upon writ of *habeas corpus.*

The petitioner was held under a warrant of arrest, regular in form, upon a charge of assault with a deadly weapon with intent, etc.

No briefs on file.

The COURT:

It appears from the return to the writ in this case that the petitioner is regularly in custody, under a commitment duly issued by the Police Judge of the City and County of San Francisco, and no good reason is shown why he should be discharged from such custody.

The petitioner is, therefore, remanded, and the writ dismissed.

---

[No. 10,611.—Department Two.]

## EX PARTE AH SING.

HABEAS CORPUS—POLICE JUDGE OF THE CITY AND COUNTY OF SAN FRANCISCO.

APPLICATION for discharge upon writ of *habeas corpus.*

No briefs on file.

The COURT:

The petitioner is in proper custody, by virtue of a warrant issued by the Police Judge of the City and County of San Francisco, and he is therefore remanded.

Writ dismissed.